DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES FORNEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3854

[February 28, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ilona M. Holmes, Judge; L.T. Case No. 04-990 CF10A.

James Forney, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

We affirm the summary denial of appellant's successive rule 3.850 motion for post-conviction relief. We write only to address appellant's claim that the orders entered after he filed a motion to disqualify the trial judge were void. This claim is meritless because appellant failed to serve the motion on the judge. *See* Fla. R. Jud. Admin. 2.330(c), (j); *Braddy v. State*, 111 So. 3d 810, 833 (Fla. 2012); *Hedrick v. State*, 6 So. 3d 688, 693 (Fla. 4th DCA 2009).

*Affirmed.*

WARNER, CIKLIN and KUNTZ, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***